CASE CLOSED

# United States District Court
# Central District of California

NORMA ELIZABETH NARANJO BUENOSTRO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 2:18-cv-07859-ODW(SS)

**JUDGMENT**

## I. INTRODUCTION

On February 1, 2018, Plaintiff Norma Elizabeth Naranjo Buenostro ("Plaintiff") filed a Complaint against Northeast Valley Health Corporation ("NVHC") for medical malpractice. This action was originally filed in Los Angeles Superior Court. The United States Attorney certified that NVHC was acting within the course and scope of its employment with the United States. As such, on September 10, 2018, the case was removed to federal court, and the United States subsequently substituted in as Defendant.

Defendant United States of America ("Defendant") moved to dismiss the lawsuit for lack of subject matter jurisdiction, and on November 2, 2018, the Court granted Defendant's Motion to Dismiss. (Order, ECF No. 14.)

/ / /

/ / /

/ / /

It is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

January 3, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**